# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JIM STUCKEL, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:17-CV-1386 NAB |
| LOUIS T. MAULL, IV, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties have notified the Court that this matter has been settled. [Doc. 7.] The parties anticipate that execution of settlement documents should be completed by June 30, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than **June 30, 2017**. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

**IT IS FURTHER ORDERED** that the parties' Notice Regarding Magistrate Judge Jurisdiction form either consenting to the jurisdiction of a United States Magistrate Judge or opting to have the case assigned to a United States District Judge is due to the Clerk's Office no later than **June 30, 2017**.

**IT IS FURTHER ORDERED** that the Rule 16 Conference previously set for June 19, 2017 is **CANCELLED**.

Dated this 16th day of June, 2017.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE