SO ORDERED

*Charles A. Shaw*
6-29-17

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

JIM STUCKEL, et al, )
 )
    Plaintiffs, )
 ) Case No. 4:17-cv-1386
v. )
 )
LOUIS T. MAULL, IV d/b/a LOUIS MAULL )
COMPANY, )
 )
    Defendant. )

## MOTION TO VOLUNTRAILY DISMISS

Come now plaintiffs, through counsel, and advise this Court that this matter has been resolved as to amounts owed through June of 2017. As such, plaintiffs now respectfully request that this Court dismiss this action with prejudice.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri  63105
Phone: (314) 727-1015
Fax:   (314) 727-6804

/s/ Nathan K. Gilbert
GREG A. CAMPBELL, #35381
NATHAN K. GILBERT, #68093
Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2017 the foregoing was filed electronically with the Court and served via the ECF filing system to all participating parties.

/s/ Nathan K. Gilbert